```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

HAINES & KIBBLEHOUSE, INC.      :        CIVIL ACTION
                                :
        v.                      :
                                :
BALFOUR BEATTY CONSTRUCTION,    :
INC.                            :        NO. 08-5505

<u>ORDER</u>

AND NOW, this 1st day of June, 2011, upon consideration of defendant's amended motion to dismiss (docket entry # 29), plaintiff's response thereto (docket entry # 32), and defendant's reply (docket entry # 35), and each brief's exhibits, and in accordance with the accompanying Memorandum, it is hereby ORDERED that:

1.    Defendant's motion to dismiss (docket entry # 29) is GRANTED;

2.    Plaintiff's complaint is DISMISSED WITH PREJUDICE; and

3.    The Clerk of Court shall CLOSE this case statistically.

BY THE COURT:


__\s\Stewart Dalzell